IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00427-BNB

JOHN MOORE,

Plaintiff,

v.

CEDAREDGE MERCANTILE,

Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 04 2010

GREGORY C. LANGHAM
CLERK

ORDER DISMISSING CASE

Plaintiff, John Moore, resides in Cedaredge, Colorado. He submitted to and filed with the Court *pro se* a document titled "Motion for Ermobal Areicle 81.1."

In an order filed on February 25, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Moore to cure a deficiency in the case within thirty days. On March 1, 2010, instead of curing the designated deficiency, Mr. Moore filed a letter informing the Court that he wanted to dismiss the instant action.

The Court must construe the letter liberally because Mr. Moore is a *pro se* litigant. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. See *Hall*, 935 F.2d at 1110. For the reasons stated below, the Court will construe the letter as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) provides that "the [applicant] may dismiss an action without a court order by filing (i) a notice of dismissal before the opposing party serves either an

answer or a motion for summary judgment." No response has been filed by Defendant in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the letter Plaintiff, John Moore, submitted to and filed with the Court on March 1, 2010, is construed liberally as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is further

ORDERED that the voluntary dismissal is effective as of March 1, 2010, the date the notice of voluntary dismissal was filed in this action. It is further

ORDERED that the action is dismissed without prejudice.

DATED at Denver, Colorado, this  3rd   day of   March  , 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.10-cv-00427-BNB

John Moore
140 SE Frontier Ct.
Cedaredge, CO 81413

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/4/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk